**Pryor & Mandelup, L.L.P.**
**675 Old Country Road**
**Westbury, New York   11590**
**I.D. No. 11-3261335**
**trp-8545**

**HEARING DATE:   MAY 29, 2007**
**HEARING TIME:   10:00 A.M.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Case No. 807-70339-478

JOHN MONETTI,                                                (Chapter 7)

                        Debtor(s).
----------------------------------------------------------X

**TRUSTEE'S MOTION FOR (1) DISMISSAL OF CHAPTER 7 CASE, OR**
**(2) EXTENSION OF TIME TO OBJECT UNDER 11 U.S.C. §§ 707, 727 AND 523**

Robert L. Pryor, Chapter 7 Trustee (the "Trustee"), in the above-captioned case, hereby moves,

upon the affirmation of the Trustee annexed hereto, for an order dismissing this case or, in the alternative,

extending time to object to the discharge of the debtor, and/or the dischargeability of debts, and/or file a

motion under 11 U.S.C. § 707, for the unexcused failure of the debtor to appear

March 13, 2007 at the meeting of creditors mandated by 11 U.S.C. § 341(a).  In the absence of the

examination of the debtor, the Trustee is unable to effectively administer the case and determine whether

to object to the discharge of the debtor.

In accordance with 11 U.S.C. § 707 and the Bankruptcy Rules 1017(e) and 4004(b), the Trustee

has scheduled a hearing before the Honorable Dorothy Eisenberg, United States Bankruptcy Judge on

May 29, 2007 at 10:00 a.m. at the United States Bankruptcy Court, 290 Federal Plaza ,in Courtroom 760,

Central Islip, New York 11722-9013, to consider the aforesaid motion.

Dated: April 25, 2007

                                        By:    s/Robert L. Pryor
                                                Robert L. Pryor, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Case No. 807-70339-478

JOHN MONETTI,                                             (Chapter 7)

                          Debtor(s).
-----------------------------------------------------------X

### AFFIRMATION IN SUPPORT OF MOTION TO (1) DISMISS CHAPTER 7 CASE, OR (2) EXTEND TIME UNDER 11 U.S.C. §§ 707, 727 AND 523

I, Robert L. Pryor, have been appointed by the United States Trustee to serve as the trustee in the above-captioned case and affirm as follows:

1.      This affirmation is made in support of a motion for an order under 11 U.S.C. § 707(a), dismissing this case for cause, or for an extension of time to object to the discharge of the debtor under 11 U.S.C. § 707(c), file a motion under 11 U.S.C. § 707, or object to the dischargeability of debts under 11 U.S.C. § 523.

2.      On February 2, 2007, the debtor commenced this case by filing a voluntary petition under Chapter 7.

3.      The debtor failed to appear and submit to examination, as required by 11 U.S.C. § 343, at the meeting of creditors, held in accordance with 11 U.S.C. § 341(a), scheduled for March 13, 2007.

4.      The foregoing conduct of the debtor constitutes cause to dismiss a Chapter 7 case under 11 U.S.C. § 707(a).

**WHEREFORE,** the trustee respectfully requests that the Court enter an order dismissing the debtor's Chapter 7 petition or, in the alternative, extending the time to object to the discharge of the debtor, and/or the dischargeability of debts under 11 U.S.C. § 523, and/or file a motion under 11 U.S.C. § 707.

Dated: Westbury, New York
        April 25, 2007

                                         s/Robert L. Pryor
                                        Robert L. Pryor, Chapter 7 Trustee