John Moneti - 71937-053
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

APR 11 '16 PM12:29

March 29, 2016


Clerk of Court
Bankruptcy Division
610 Federal Plaza
Central Islip, NY 11722


Dear Clerk of Court:

In **March of 2007,** I was scheduled for a Bankruptcy hearing following my filing
for Bankruptcy (Chapter 7).  Bankruptcy was filied, but I could not attend the
Court hearing due to an arrest that led to my unfortunate period of incarcer-
ation.

The purpose of my letter is to find out the status of the Bankruptcy that I
filed.  Was the Bankruptcy dismissed, or completed without my attendance?

Please send me your findings at my current address at the top of this letter.
I do not know the Case Number for the Bankruptcy filing; however, **my Social
Security number is:** ████-6304, and the Bankruptcy was filed while I was
living at my home address: 14 Pin Oak Lane, St. James, NY 11780.

I appreciate your time and attention to this matter, and I look forward to
hearing from you.  Thank you.



Respectfully,

*John Monetti*

John Monetti


RECEIVED

2016 APR 21 P 4: 06

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK